UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RONNIE LEBOEUF** and
**HYEIL C. LEE**                                                                  **PLAINTIFFS**

V.                              CIVIL ACTION NO. 1:05CV491 LTS-RHW

**STATE FARM FIRE AND CASUALTY COMPANY** and
**KELLY CANNON**                                                              **DEFENDANTS**

### ORDER OF REMAND

In accordance with the opinion I have this day signed, it is

**ORDERED**

That the plaintiffs' motion to remand [11] is hereby **GRANTED**;

That this action is hereby remanded to the Circuit Court of Hancock County, Mississippi;

That the clerk of court shall take the steps necessary to return this case to the court from which it was removed.

**SO ORDERED** this 6th day of June, 2006.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge