UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RONNIE LEBOUEF and HYEIL C. LEE**                                            **PLAINTIFFS**

**V.**                                            **CIVIL ACTION NO.1:05CV491 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**
**and KELLY CANNON**                                            **DEFENDANTS**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is

**ORDERED**

That Defendant State Farm Fire and Casualty Company's motion to alter or amend the judgment [24] entered June 6, 2006, is hereby **DENIED**.

**SO ORDERED** this 14th day of August, 2006.

s/ L. T. Senter, Jr.

L. T. Senter, Jr.
Senior Judge